UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 1 3 2019

IN RE: CARMINE P. AMELIO

ORDER

19 Civ. 5944 (GBD)

------------------------------------ x

GEORGE B. DANIELS, District Judge:

Appellant's request for an extension until December 16, 2019 to file its reply brief is GRANTED.

Dated: December 13, 2019

New York, New York

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE