USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 14 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
IN RE: CARMINE P. AMELIO :  ORDER
: 
: 19 Civ. 5944 (GBD)
: 19 Civ. 7091 (GBD)
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On the January 6, 2020 extended due date, *pro se* Appellant in the above-referenced cases again requested an adjournment of the briefing schedules in two appeals until January 20, 2020. His opening brief, (19 Civ. 7091, ECF No. 10), was initially due on November 8, 2019,[1] and his reply brief, (19 Civ. 5944, ECF No. 19), was initially due on August 26, 2019.[2] The briefing schedule in each case has been adjourned several times at Appellant's request for a number of reasons, including Appellant's personal schedule and his assertions that he has limited time due to his traveling for various court proceedings in other matters. Appellant has consistently filed his requests for adjournments either on or after the date on which his briefs are due.

The briefing schedules are adjourned for a final time to January 20, 2020. No further extensions will be granted. Failure to file by that date will result in this Court's dismissal of each appeal.

---

[1] Appellant's requests for adjournments of the date by which he must file his opening brief in 19 Civ. 7091 are dated as follows: November 12, 2019 (requesting an adjournment to November 27, 2019); November 27, 2019 (requesting an adjournment to December 9, 2019); December 11, 2019 (requesting an adjournment to December 16, 2019); and January 6, 2020 (requesting an adjournment to January 20, 2020).

[2] Appellant's requests for adjournments of the date by which he must file his reply brief in 19 Civ. 5944 are dated as follows: November 12, 2019 (requesting an adjournment to December 2, 2019); December 4, 2019 (requesting an adjournment to December 16, 2019); December 16, 2019 (requesting an adjournment to December 24, 2019); and January 6, 2020 (requesting an adjournment to January 20, 2020). These requests followed three prior letters from Appellant, dated August 26, 2019, September 12, 2019, and September 23, 2019, asking this Court to adjourn his opening briefs in that same matter until September 9, 2019, September 12, 2019, and September 30, 2019, respectively.

Dated: January 13, 2020
New York, New York

SO ORDERED.

JAN 1 4 2020

*George B Daniels*
GEORGE B. DANIELS
United States District Judge