**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: CARMINE P. AMELIO

ORDER

19 Civ. 5944 (GBD)
19 Civ. 7091 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     For the reasons stated in the Order issued at ECF No. 20 in 19 Civ. 5944 and ECF No. 11 in 19 Civ. 7091, and in light of Appellant's failure to timely file his briefs in the above-captioned cases, the appeals are dismissed. The Clerk of the Court is hereby ORDERED to close the above-captioned actions.

Dated: January 22, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge