**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARMINE P. AMELIO,

                Debtor-Appellant,

-against-                              19 **CIVIL** 5944 (GBD)
                                               19 **CIVIL** 7091 (GBD)

**JUDGMENT**

DEBORAH J. PIAZZA,

                Trustee-Appellee.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 15, 2020, Chief Judge Morris's decisions are AFFIRMED.

**Dated:**  New York, New York

      September 15, 2020

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                **BY:**   *K. Mango*

                                                           **Deputy Clerk**